XYZAO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

v.

ADAM J. TRUMP

FILED
HARR[ISBURG]
JUN 13 2007
MARY E. D'ANDREA,
Per _____
Deputy Clerk

**CRIMINAL COMPLAINT**

CASE NUMBER: 07/mj/74

[UNDER SEAL]

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 30 - June 4, 2007__ in __Cumberland / York__ Counties, in the __Middle__ District of __Pennsylvania__ defendant ADAM J. TRUMP:

**Knowingly and unlawfully impersonated a federal agent; knowingly and unlawfully impersonated a federal agent to affect a search.**

in violation of Title(s) __18__ United States Code, Section(s) __912__
__913__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts:

\* SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:   ■ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6/13/07__                                                    at __Harrisburg, Pennsylvania__
Date                                                           City and State

__William W. Caldwell, U.S. District Judge__    _____
Name and Title of Judicial Officer                   Signature of Judicial Officer