# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:07-CR-287 |
| | : | |
| v. | : | (Judge _____) |
| | : | |
| **ADAM J. TRUMP,** | : | |
| Defendant. | : | (electronically filed) |

FILED
HARRISBURG, PA
JUL 18 2007
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT I

Beginning on or about May 30, 2007, and continuing through on or about June 13, 2007, in Cumberland, Dauphin and York Counties, Pennsylvania, within the Middle District of Pennsylvania, the defendant, **ADAM J. TRUMP**, did intentionally and knowingly manufacture and possess a colorable imitation of an identification card and other insignia, of the design prescribed by the head of the United States Drug Enforcement Administration, a department and agency of the United States, for use by any officer or employee thereof.

All in violation of Title 18, United States Code, Section 701.

*Thomas A. Marino*
THOMAS A. MARINO
UNITED STATES ATTORNEY

DATE: July 13, 2007